UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BRUCE GRANDERSON, )
 )
       Petitioner, )
v. ) No. 1:06-cv-1230-RLY-WTL
 )
ALAN FINNAN, Superintendent, )
 )
       Respondent. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: August 18, 2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bruce Granderson
DOC # 885237
Wabash Valley Correctional Facility
P.O. Box 2222
Carlisle, IN 47838